IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 19-307  [1-4, 6-13] |
| JOSE NIEVES-VELEZ, ET AL | | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 31st day of August, 2020, upon consideration of the Motions for Extension of Time to File Pretrial Motions (ECF 191, 192, 193), it is the understanding of the Court that counsel are in agreement regarding an extension of the filing deadline, and it is therefore **ORDERED** that the Motions are **GRANTED**.  It is further **ORDERED** as follows:

1. The government was previously ordered to produce all available discovery to defense counsel.  The Court will require all counsel to adhere to the discovery rules and requirements set forth in the Federal Rules of Criminal Procedure and the Federal Rules of Evidence.

2. All pretrial motions shall be filed no later than **December 1, 2020**. Responses to pretrial motions shall be filed no later than **January 11, 2021**.

3. The Pretrial Motions Hearing is rescheduled for **February 1, 2021** at **9:00 AM** in **Courtroom 6A**.

4. Trial memoranda, witness lists, proposed voir dire questions, points for charge, and proposed verdict forms shall be filed by **March 3, 2021**.

Counsel must also email the Microsoft Word and Adobe PDF versions of these trial documents to the deputy clerk.

5. The Jury Trial is still **Specially Listed** for **March 8, 2021** at **9:00 AM** in **Courtroom 6A**.  The Court will require a courtesy copy of every trial exhibit.

6. Counsel of record are attached for all listed court proceedings.  Please review Judge Kenney's policies and procedures on the U.S. District Court website.[1]

**IT IS SO ORDERED.**

**BY THE COURT:**

/s/ Chad F. Kenney

**Chad F. Kenney, Judge**

cc: Counsel (ECF)

---

[1] http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney